USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

  -against-

EMMANUEL BONAFE

                       Defendants.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant Emmanuel Bonafe has requested reconsideration of the decision to detain him pending trial;

    IT IS HEREBY ORDERED THAT the parties appear for a hearing on Mr. Bonafe's motion on **January 30, 2020, at 2:00 P.M.**, in Courtroom 443 of the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated: January 24, 2020**
       **New York, NY**

                                            **VALERIE CAPRONI
                                            United States District Judge**