```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                :
                                          :      19-CR-862 (VEC)
          -against-                       :
                                          :           ORDER
  EMMANUEL BONAFE,                        :
                                          :
                          Defendant.      :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court instructed the Government to help the Clerk's Office identify non-conflicted counsel available to be appointed to represent Mr. Bonafe; and

WHEREAS the Court has been informed that Ms. Valerie Gotlib is available and willing to represent Mr. Bonafe;

IT IS HEREBY ORDERED Ms. Gotlib is appointed to represent Mr. Bonafe pursuant to the Criminal Justice Act as of the date of this order. Ms. Gotlib is requested to file a notice of appearance promptly.

**SO ORDERED.**

**Dated: May 27, 2020**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**