USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

CARMELO VELEZ, et al.,

                Defendants.

19 Cr. 862 (VEC)

**ORDER**

Upon the application of Emmanuel Bonafe, a defendant in this matter, by his attorney Valerie A. Gotlib, for an order authorizing the appointment of Jacob Mitchell, Esq. pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Jacob Mitchell, Esq. is appointed to assist in the representation of Emmanuel Bonafe in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour, **for up to 50 hours, without prejudice for a further request if additional hours are necessary**.

Dated: New York, New York
      July 23, 2020

SO ORDERED

*[signature]*
The Honorable Valerie E. Caproni
District Judge, United States District Court
Southern District of New York