USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

# GOTLIB LAW

November 30, 2020

*Via* **ECF**

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Carmelo Velez et al.*, **19 Cr. 862 (VEC)**

Dear Judge Caproni,

I, with Jacob Mitchell, represent Emmanuel Bonafe in the above-referenced matter. I write pursuant to the Court's Order dated November 10, 2020 regarding the status conference currently scheduled for December 10, 2020. On November 19, 2020, I informed the Court through a letter motion that Mr. Bonafe joined in the then-pending motion to adjourn the December 10th conference but that if the conference went forward on December 10th, Mr. Bonafe would like to personally appear at the conference. *See* ECF No. 256. On November 20, 2020, the Court issued an order denying the motion to adjourn the December 10th conference for the majority of Mr. Bonafe's co-defendants and setting a separate conference date for Mr. Bonafe, so that he could appear *via* video conferencing, on December 14, 2020. *See* ECF No. 266. I now write to advise the Court that Mr. has Bonafe has knowingly and voluntarily consented to waiving his appearance at the December 10th conference and consents to appearing through counsel.

Accordingly, I respectfully request that the Court cancel the additional conference scheduled just for Mr. Bonafe on December 14th and permit counsel to appear for Mr. Bonafe at the December 10th conference. I thank the Court for its time and consideration.

Respectfully submitted,

　　/s/

Valerie A. Gotlib


cc:   All counsel of record (*via* ECF)

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com

The status conference currently scheduled for Monday, December 14, 2020, at 9:00 A.M. is hereby CANCELLED.  Counsel for Mr. Bonafe must join counsel for Mr. Bonafe's co-defendants at the status conference on **Thursday, December 10, 2020, at 11:00 A.M.**  Counsel for the parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 0862.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

SO ORDERED.

Date: November 30, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE