USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :       19-CR-862 (VEC)
              -against-                                      :
                                                             :       ORDER
    EMMANUEL BONAFE,                                         :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Bonafe is currently scheduled to appear for a remote status conference on Tuesday, June 22, 2021 at 9:00 A.M., Dkt. 404;

IT IS HEREBY ORDERED that due to a conflict in the Metropolitan Detention Center's calendar, the status conference with Mr. Bonafe is adjourned to **Tuesday, June 22, 2021 at 12:00 P.M.**  The proceeding will be held via teleconference. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 0862. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

IT IS FURTHER ORDERED that Mr. Bonafe must either notify the Court that he does not consent to appearing by way of teleconference or file a waiver of in person appearance by no later than **Tuesday, June 15, 2021**. *See* Order, Dkt. 404.

**SO ORDERED.**

Dated: June 14, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**