USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
| UNITED STATES OF AMERICA | : | |
| :---| :--- | :--- |
| | : | 19-CR-862 (VEC) |
| -against- | : | |
| | : | ORDER |
| EMMANUEL BONAFE, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Bonafe is currently scheduled to be sentenced on Thursday, May 5, 2022 at 3:00 P.M.

IT IS HEREBY ORDERED that Mr. Bonafe's sentencing is rescheduled for Wednesday, May 4, 2022 at 11:00 A.M.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: April 27, 2022**
   **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**